**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DONALD ALT,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

        Federal Defendants.

Case No: 3:21-CV-00353-RCJ-CLB

ORDER **FOR EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

**SECOND REQUEST**

Assigned to Hon. Robert C. Jones

      Plaintiff and Federal Defendants stipulate and agree to extend time for the Plaintiff to file a responsive pleading to the Federal Defendants Motion to Dismiss, dated October 3, 2022. The responsive pleading is due no later than October 20, 2022.

      The parties request an extension of time for 20 days so that the Plaintiff can file his opposition to the Federal Defendant's Fed. R. Civ. P Rule 12(b)(6) Motion to Dismiss.  [Doc. 31] The 20-day extension adjusts the due date of the Plaintiff's responsive pleading to be on or before November 9, 2022.

      Plaintiff has advised the Federal Defendants that he has experienced a catastrophic computer failure that requires either replacement or repair of existing equipment including

1  recovery of existing files, including but not limited to the prepared filing of his responsive

2  pleading.

3        This is the parties first stipulated request for an extension of time and the Federal

4  Defendant's second request.  The Court approved the Federal Defendants first request on August

5  24, 2022.  [Doc. 29]

6  Dated this 18th day of October, 2022.

7

8  DONALD ALT
9  3945 Cypress Street
10 Silver Springs, NV 89429
   (775) 577-9048
11 Donalt1939@gmail.com
   Plaintiff Pro Se
12

/s Troy K. Flake for Holly A. Vance

JASON M. FRIERSON
United States Attorney
District of Nevada
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia St, Suite 900
Reno, NV 90501
(775) 784-5438

13 IT IS SO ORDERED.
14
15
16 ROBERT C. JONES
17 United States District Judge
18 Dated:  October 19, 2022.
19
20
21
22
23
24
25

2